**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10522 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00466-PMP |
| v. | |
| RICARDO SANTACRUZ-BECERILL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted December 19, 2012[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Ricardo Santacruz-Becerill appeals from the district court's judgment and

challenges his guilty-plea conviction and 151-month sentence for conspiracy to

distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

841(b)(1)(A)(viii) and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Santacruz-Becerill's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Santacruz-Becerill has filed a pro se supplemental brief, and the government has filed an answering brief.

Santacruz-Becerill has waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

11-10522